AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means                    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the<br>person by name and address)*<br><br>SUBJECT PARCELS described in Attachment A | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 8:23-MJ-00238-DUTY

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for____days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:      04/28/2023 at 12:32 p.m.                    *John D. Early signature*

                                                                    *Judge's signature*

City and state:      Santa Ana, California                    Honorable John D. Early, United States Magistrate Judge

                                                                    *Printed name and title*

AUSA:      G. Scally (x3592)

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>8:23-MJ-00238-DUTY | Date and time warrant executed:<br>4/28/23  /  1:37 PM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of :
Officer M. Contreras

Inventory of the property taken and name of any person(s) seized:

EI 042 186 527 US
$11,750 U.S. Currency
Parcel wrappings

EJ 865 788 986 US
$23,540
Parcel wrappings

EI 163 804 599 US
Nothing seized

EI 536 305 498 US
Nothing seized

EI 277 760 771 US
Nothing seized

EI 667 207 811 US
$12,800 U.S. Currency
Parcel wrappings

EI 559 461 434 US
$7,200 U.S. Currency
Parcel wrappings

EI 667 206 609 US
$5,500 U.S. Currency
Parcel wrappings

EI 485 915 555 US
$26,650 U.S. Currency
Parcel wrappings

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   5/6/23

*Z. Sumpter*
*Executing officer's signature*

USPIS TFO Z. Sumpter
*Printed name and title*

## ATTACHMENT A

## PARCELS TO BE SEARCHED

SUBJECT PARCELS 1 through 9 (collectively the "SUBJECT PARCELS") which are currently secured at the USPIS Task Force Office located at the Chino Police Station, 5450 Guardian Way, Chino, California:

a.   SUBJECT PARCEL 1 is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 042 186 527 US.  SUBJECT PARCEL 1 is a brown colored, large-sized cardboard box addressed to "Nick Martinez, 19744 beach blvd, #224, Huntington Beach, CA 92648."  The return address listed on SUBJECT PARCEL 1 is "Elisabeth Borkowski, 3305 hunting hills Dr, Lexington KY, 40515."  SUBJECT PARCEL 1 was postmarked on April 20, 2023, in the 40517 ZIP code.

b.   SUBJECT PARCEL 2 is a United States Postal Service Priority Mail Express parcel bearing tracking number EJ 865 788 986 US.  SUBJECT PARCEL 2 is a brown colored, large-sized cardboard box addressed to "Nick Martinez, 19744 Beach Blvd, #224, Huntington Beach, CA 92648."  The return address listed on SUBJECT PARCEL 2 is "Renee Smith, P.O. Box 145, white Springs, FL, 32096."  SUBJECT PARCEL 2 was postmarked on April 20, 2023, in the 32096 ZIP code.

c.   SUBJECT PARCEL 3 is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 163 804 599 US.  SUBJECT PARCEL 3 is a white colored, USPS Flat Rate Envelope addressed to "Abraham Melgar, Victor Lundquist, 1519 Camino Reservado, San Clemente, CA 92673-3650."  The return

address listed on SUBJECT PARCEL 3 is "Norma Pineda, 5604
Monarch Dr, Fort Wayne IN 46806."  SUBJECT PARCEL 3 was
postmarked on April 19, 2023, in the 46815 ZIP code.

       d.   SUBJECT PARCEL 4 is a United States Postal
Service Priority Mail Express parcel bearing tracking number EI
536 305 498 US.  SUBJECT PARCEL 4 is a pink colored, medium-
sized Amazon cardboard box addressed to "CU Receiving, P.O. Box
6180, Newport Beach, CA 92658."  The return address listed on
SUBJECT PARCEL 4 is "Alex Zambito, 112 Geldner Avenue, Staten
Island, NY 10306."  SUBJECT PARCEL 4 was postmarked on April 17,
2023, in the 10309 ZIP code.

       e.   SUBJECT PARCEL 5 is a United States Postal
Service Priority Mail Express parcel bearing tracking number EI
277 760 771 US.  SUBJECT PARCEL 5 is a brown colored, medium-
sized Home Depot cardboard box addressed to "Eva M. Guerrero,
8434 Tweedy Ln., Apto 105 Downey, CA 90240."  The return address
listed on SUBJECT PARCEL 5 is "Jesus Rodriguez, 10622 NW 6th Ave,
Miami FL 33150."  SUBJECT PARCEL 5 was postmarked on April 20,
2023, in the 33002 ZIP code.

       f.   SUBJECT PARCEL 6 is a United States Postal
Service Priority Mail Express parcel bearing tracking number EI
667 207 811 US.  SUBJECT PARCEL 6 is a brown colored, medium-
sized cardboard box addressed to "Andrew Lan, 410E Hellman Ave,
Unit E Monterey Park, CA 91755."  The return address listed on
SUBJECT PARCEL 6 is "Macik Williams, 1243 Westland Blvd, Orlando
FL 32828."  SUBJECT PARCEL 6 was postmarked on April 20, 2023,
in the 32828 ZIP code.

g.    SUBJECT PARCEL 7 is a United States Postal
Service Priority Mail Express parcel bearing tracking number EI
559 461 434 US.   SUBJECT PARCEL 7 is a white colored, USPS Large
Flat Rate Box addressed to "Ashley Cam, 2540 Plaza Del Amo,
Torrance, CA 90503."   The return address listed on SUBJECT
PARCEL 7 is "Monica Terry, 2968 Watersview Cir, Orange Park, FL
32703."   SUBJECT PARCEL 7 was postmarked on April 23, 2023, in
the 32244 ZIP code.

h.    SUBJECT PARCEL 8 is a United States Postal
Service Priority Mail Express parcel bearing tracking number EI
667 206 609 US.   SUBJECT PARCEL 8 is a brown colored, large-
sized cardboard box addressed to "A. Dylan, 4470 W. Sunset Blvd,
Suite 107 #628, Los Angeles, CA 90027."   The return address
listed on SUBJECT PARCEL 8 is "Jamal Notman, 13452 Whistling
Park Rd, Orlando Fl, 32832."   SUBJECT PARCEL 8 was postmarked on
April 20, 2023, in the 32828 ZIP code.

i.    SUBJECT PARCEL 9 is a United States Postal
Service Priority Mail Express parcel bearing tracking number EI
485 915 555 US.   SUBJECT PARCEL 9 is a brown colored, medium-
sized ReadyPost box addressed to "E Romain, 3150 wilshire blvd,
PH09, Los Angeles, CA 90010." The return address listed on
SUBJECT PARCEL 9 is "Tony Pacheco, 6342 Edgemont cir N 55428,
Minneapolis, MN." SUBJECT PARCEL 9 was postmarked on April 18,
2023, in the 55403 ZIP code.

## **ATTACHMENT B**

**ITEMS TO BE SEIZED**

1.   The following are the items to be seized from SUBJECT PARCELS 1 through 9, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

a.   Any controlled substances, including marijuana;

b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

c.   Any associated packaging.

## **AFFIDAVIT**

I, Zachary Sumpter, being duly sworn, declare and state as follows:

### I.   **TRAINING AND EXPERIENCE**

1.   I am a Task Force Officer ("TFO") with the United States Postal Inspection Service ("USPIS") and have been so since November 2021.  I am currently assigned as a TFO to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug trafficking involving the United States Mail.  Accordingly, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7).  Specifically, I am an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.  Prior to being assigned as a TFO with the USPIS, I worked patrol as a full-time sworn law enforcement officer with the Chino Police Department.  I have been a sworn law enforcement officer since August 2013.  I am a Police Officer within the meaning of California Penal Code § 830.1.

2.   I have received training and have experience investigating violations of state and federal narcotics and money laundering laws, including, but not limited to Title 21, United States Code, Sections 841, 846, 952, 959 and 963 and Title 18, United States Code, Section 1956(a).  I have been involved in various electronic surveillance methods including state and federal wiretap investigations, the debriefing of

informants and witnesses, as well as others who have knowledge
of the manufacturing, distribution, transportation, storage, and
importation of controlled substances and the laundering of drug
proceeds.

3.   I have participated in many aspects of drug
investigations, including investigations into the smuggling of
illegal drugs, money laundering, and extortion related to drug
trafficking.  I am familiar with narcotics traffickers' methods
of operation, including the manufacturing, storage,
transportation, and distribution of narcotics, the collection of
money that represents the proceeds of narcotics trafficking, and
money laundering.  I am also familiar with the manner in which
narcotics traffickers transport and distribute narcotics in
areas they control.  I am familiar with how drug traffickers
utilize counter-surveillance techniques to avoid detection by
law enforcement.  I also know that drug traffickers often
communicate with their drug-trafficking associates through the
use of cellular telephones.  I have become aware that more
sophisticated drug trafficking networks now utilize the dark
web, Voice over Internet Protocol, video chat, internet
messaging services, and social networking sites to communicate
with one another.  During drug-related communications,
traffickers often use coded or cryptic language to disguise the
drug-related nature of their conversations.

## II.   **PURPOSE OF AFFIDAVIT**

4.   This affidavit is made in support of a search warrant
for the SUBJECT PARCELS described below in paragraph 6 and

Attachment A, for the items listed in paragraph 7 and Attachment
B.  The items to be seized constitute the fruits,
instrumentalities, and evidence of violations of Title 21,
United States Code, Sections 841(a)(1) (Possession with Intent
to Distribute a Controlled Substance) and 843(b) (Unlawful Use
of a Communication Facility (including the mails) to Facilitate
the Distribution of a Controlled Substance).

     5.   The facts set forth in this affidavit are based upon
my personal observations, my training and experience, and
information obtained from various law enforcement personnel and
witnesses.  The affidavit is intended to show merely that there
is sufficient probable cause for the requested warrant and does
not purport to set forth all of my knowledge of or investigation
into this matter.  Unless specifically indicated otherwise, all
conversations and statements described in this affidavit are
related in substance and in part only.

**III.  <u>PARCELS TO BE SEARCHED</u>**

     6.   This affidavit is made in support of an application
for a search warrant for the following nine United States Postal
Service ("USPS") Priority Mail Express parcels (hereinafter
referred to as the "SUBJECT PARCELS").  All the SUBJECT PARCELS
are currently secured at the USPIS Task Force Office located at
the Chino Police Station, 5450 Guardian Way, Chino, California:

     a.   SUBJECT PARCEL 1 is a United States Postal
Service Priority Mail Express parcel bearing tracking number EI
042 186 527 US.  SUBJECT PARCEL 1 is a brown colored, large-
sized cardboard box addressed to "Nick Martinez, 19744 beach

blvd, #224, Huntington Beach, CA 92648." The return address listed on SUBJECT PARCEL 1 is "Elisabeth Borkowski, 3305 hunting hills Dr, Lexington KY, 40515." SUBJECT PARCEL 1 was postmarked on April 20, 2023, in the 40517 ZIP code.

b.    SUBJECT PARCEL 2 is a United States Postal Service Priority Mail Express parcel bearing tracking number EJ 865 788 986 US. SUBJECT PARCEL 2 is a brown colored, large-sized cardboard box addressed to "Nick Martinez, 19744 Beach Blvd, #224, Huntington Beach, CA 92648." The return address listed on SUBJECT PARCEL 2 is "Renee Smith, P.O. Box 145, white Springs, FL, 32096." SUBJECT PARCEL 2 was postmarked on April 20, 2023, in the 32096 ZIP code.

c.    SUBJECT PARCEL 3 is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 163 804 599 US. SUBJECT PARCEL 3 is a white colored, USPS Flat Rate Envelope addressed to "Victor Lundquist, 1519 Camino Reservado, San Clemente, CA 92673-3650." The return address listed on SUBJECT PARCEL 3 is "Norma Pineda, 5604 Monarch Dr, Fort Wayne IN 46806." SUBJECT PARCEL 3 was postmarked on April 19, 2023, in the 46815 ZIP code.

d.    SUBJECT PARCEL 4 is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 536 305 498 US. SUBJECT PARCEL 4 is a pink colored, medium-sized Amazon cardboard box addressed to "CU Receiving, P.O. Box 6180, Newport Beach, CA 92658." The return address listed on SUBJECT PARCEL 4 is "Alex Zambito, 112 Geldner Avenue, Staten

Island, NY 10306."  SUBJECT PARCEL 4 was postmarked on April 17, 2023, in the 10309 ZIP code.

      e.    SUBJECT PARCEL 5 is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 277 760 771 US.  SUBJECT PARCEL 5 is a brown colored, medium-sized Home Depot cardboard box addressed to "Eva M. Guerrero, 8434 Tweedy Ln., Apto 105 Downey, CA 90240."  The return address listed on SUBJECT PARCEL 5 is "Jesus Rodriguez, 10622 NW 6th Ave, Miami FL 33150."  SUBJECT PARCEL 5 was postmarked on April 20, 2023, in the 33002 ZIP code.

      f.    SUBJECT PARCEL 6 is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 667 207 811 US.  SUBJECT PARCEL 6 is a brown colored, medium-sized cardboard box addressed to "Andrew Lan, 410E Hellman Ave, Unit E Monterey Park, CA 91755."  The return address listed on SUBJECT PARCEL 6 is "Macik Williams, 1243 Westland Blvd, Orlando FL 32828."  SUBJECT PARCEL 6 was postmarked on April 20, 2023, in the 32828 ZIP code.

      g.    SUBJECT PARCEL 7 is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 559 461 434 US.  SUBJECT PARCEL 7 is a white colored, USPS Large Flat Rate Box addressed to "Ashley Cam, 2540 Plaza Del Amo, Torrance, CA 90503."  The return address listed on SUBJECT PARCEL 7 is "Monica Terry, 2968 Watersview Cir, Orange Park, FL 32703."  SUBJECT PARCEL 7 was postmarked on April 23, 2023, in the 32244 ZIP code.

      h.   SUBJECT PARCEL 8 is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 667 206 609 US.  SUBJECT PARCEL 8 is a brown colored, large-sized cardboard box addressed to "A. Dylan, 4470 W. Sunset Blvd, Suite 107 #628, Los Angeles, CA 90027."  The return address listed on SUBJECT PARCEL 8 is "Jamal Notman, 13452 Whistling Park Rd, Orlando Fl, 32832."  SUBJECT PARCEL 8 was postmarked on April 20, 2023, in the 32828 ZIP code.

      i.   SUBJECT PARCEL 9 is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 485 915 555 US.  SUBJECT PARCEL 9 is a brown colored, medium-sized ReadyPost box addressed to "E Romain, 3150 wilshire blvd, PH09, Los Angeles, CA 90010." The return address listed on SUBJECT PARCEL 9 is "Tony Pacheco, 6342 Edgemont cir N 55428, Minneapolis, MN." SUBJECT PARCEL 9 was postmarked on April 18, 2023, in the 55403 ZIP code.

## IV. ITEMS TO BE SEIZED

    7.   The items to be seized from the SUBJECT PARCELS constitute fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mail) to Facilitate the Distribution of a Controlled Substance).  The items to be seized are identified in Attachment B and are incorporated herein by reference.

V.    <u>STATEMENT OF PROBABLE CAUSE</u>

A.    **Background**

8.    As described in detail below, the SUBJECT PARCELS are all inbound parcels to the greater Orange County and Los Angeles area from multiple regions of the United States and were selected for investigation because they met certain criteria common to packages containing contraband.  The SUBJECT PARCELS are believed to contain controlled substances or the proceeds from the trafficking of controlled substances based on, among other things, positive alerts by a trained narcotics-detection canine.

9.    Based on my training and discussions with experienced Postal Inspectors, I know that Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In particular, they began conducting organized interdictions of Express Mail and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances in Los Angeles, California, in the early 1990s.  Along with conducting organized interdictions, Postal Inspectors also regularly examine and investigate Express Mail and Priority Mail parcels throughout the year.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances using boxes, with the proceeds in the form of cash.  Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual

change over the years toward the current trend of smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances that lend a sense of legitimacy to the parcel.

10.  From my training, personal experience, and the collective experiences related to me by Postal Inspectors on my team who specialize in investigations relating to the mailing of controlled substances and drug proceeds, I am aware that the greater Los Angeles area is a major source area for controlled substances.  As such, controlled substances are frequently transported from the greater Los Angeles area via the United States Mail, and the proceeds from the sale of the controlled substances are frequently returned to the greater Los Angeles area via the United States Mail.  These proceeds are generally in large amounts of money over $1,000.

11.  I also know based on my training and experience that drug traffickers will often use one of two USPS services -- Priority Mail Express Service, which is the overnight/next day delivery mail service, and Priority Mail Service, which is the two-to-three day delivery mail service.  Drug traffickers use Priority Mail Express delivery services because of their speed, reliability, and the ability to track the package's progress to the intended delivery point.  Drug traffickers often use Priority Mail delivery services because they allow drug traffickers more time for travel between states if they are

following their shipments to their destinations for distribution.  Like Priority Mail Express, Priority Mail also allows drug traffickers to track the package's progress to the intended delivery point.

12.  Based on information derived and built upon over many years, I, like other Postal Inspectors and Task Force Officers, initially look for certain characteristics when examining Priority Mail Express and Priority Mail for controlled substances or drug proceeds.  These characteristics include:

a.  The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

b.  The article bears a handwritten label; and/or

c.  The handwritten label on the article does not contain a business account number.

13.  Parcels found to meet these characteristics are scrutinized by Postal Inspectors and Task Force Officers through further investigation, which may include return and addressee address verifications and trained narcotics-detecting canine examination.  Postal Inspectors and Task Force Officers will also look for additional drug or drug proceed parcel characteristics such as:

a.  The seams of the article are taped or glued shut;

b.  The article emits the odor of a cleaning agent, adhesive, or spray foam, detectable by a human; and/or

c.  Multiple articles are mailed to the same individual, on the same day, from different locations.

14.   Based on my training and experiences and information learned during discussions with Postal Inspectors, I know that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identity from law enforcement.  Indeed, it is my experience that when real addresses are used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.   Investigation of the SUBJECT PARCELS**

15.   Between April 18, 2023, and April 21, 2023, during routine parcel inspections at the City of Industry USPS Processing and Distribution Center, the SUBJECT PARCELS were identified as meeting some of the initial suspicious characteristics described above in paragraph 12.

16.   Upon inspecting the SUBJECT PARCELS, I observed that the parcels were each consistent with the size, shape, and appearance of parcels previously identified in other investigations that contained controlled substances or drug proceeds.  Furthermore, SUBJECT PARCELS 1, 3, 4, 5, 7, 8, and 9 were all mailed from a postal facility inconsistent with the zip code listed for the sender.  Based on my training and experience, I know that drug traffickers will often mail parcels from postal facilities other than those which are located in their respective ZIP code to attempt to disguise themselves as being associated with the parcel.

17.   After being identified, each SUBJECT PARCEL was removed from the mail stream and additional investigation was conducted.

18.   The SUBJECT PARCELS are currently in the custody of the USPIS and secured at the USPIS Task Force Office located at the Chino Police Station, 5450 Guardian Way, Chino, California, 91710, pending a search of their contents pursuant to obtaining a search warrant.

**C.    Investigation of SUBJECT PARCELS Using Accurint Database Checks**

19.   On April 25, 2023, I examined the SUBJECT PARCELS and conducted an Accurint[1] database check using the sender and recipient information listed on the SUBJECT PARCELS and learned the following:

a.   SUBJECT PARCEL 1 is wrapped in blue and white USPS tape on its center seam and has a handwritten label in ink, which based on my training and experience is common in parcels used by narcotic traffickers.  According to Accurint database records, the return address information listed on SUBJECT PARCEL 1 is associated with the listed sender "Elisabeth Borkowski." Based on an Accurint database check, the listed recipient, "Nick Martinez," is not associated with the listed recipient address on SUBJECT PARCEL 1.

b.   SUBJECT PARCEL 2 is wrapped in clear tape on its top seam and has a handwritten label in ink, which based on my training and experience is common in parcels used by narcotic traffickers.  According to Accurint database records, the return address information listed on SUBJECT PARCEL 2 is not associated

_____

[1] ACCURINT is a public information database used by law enforcement that collects personal identifying information like names, addresses and telephone numbers.

with the listed sender "Renee Smith."  Based on an Accurint
database check, the listed recipient, "Nick Martinez," is not
associated with the listed recipient address on SUBJECT PARCEL
2.

      c.   SUBJECT PARCEL 3 is wrapped in blue and white
USPS tape on its top seam and has a handwritten label in ink,
which based on my training and experience is common in parcels
used by narcotic traffickers.  According to Accurint database
records, the return address information listed on SUBJECT PARCEL
3 is associated with the listed sender "Victor Lundquist."
Based on an Accurint database check, the listed recipient,
"Norma Pineda," is associated with the listed recipient address
on SUBJECT PARCEL 3.

      d.   SUBJECT PARCEL 4 is wrapped in copious amounts of
clear tape and has a handwritten label in ink, which based on my
training and experience is common in parcels used by narcotic
traffickers.  According to Accurint database records, the return
address information listed on SUBJECT PARCEL 4 is not associated
with the listed sender "CU Receiving."  Based on an Accurint
database check, the listed recipient, "Alex Zambito," is
associated with the listed recipient address on SUBJECT PARCEL
4.

      e.   SUBJECT PARCEL 5 is wrapped in blue and white
USPS tape and has a handwritten label in ink, which based on my
training and experience is common in parcels used by narcotic
traffickers.  According to Accurint database records, the return
address information listed on SUBJECT PARCEL 5 is associated

with the listed sender "Jesus Rodriguez."  Based on an Accurint database check, the listed recipient, "Eva M. Guerrero," is not associated with the listed recipient address on SUBJECT PARCEL 5.

f.   SUBJECT PARCEL 6 is wrapped in copious amounts of clear tape and has a handwritten label in ink, which based on my training and experience is common in parcels used by narcotic traffickers.  According to Accurint database records, the return address information listed on SUBJECT PARCEL 6 is not associated with the listed sender "Macik Williams."  Based on an Accurint database check, the listed recipient, "Andrew Lan," is not associated with the listed recipient address on SUBJECT PARCEL 6.

g.   SUBJECT PARCEL 7 is wrapped in clear tape and has a handwritten label in ink, which based on my training and experience is common in parcels used by narcotic traffickers. According to Accurint database records, the return address information listed on SUBJECT PARCEL 7 is not associated with the listed sender "Monica Terry."  Based on an Accurint database check, the listed recipient, "Ashley Cam," is not associated with the listed recipient address on SUBJECT PARCEL 7.

h.   SUBJECT PARCEL 8 is wrapped in multicolor eBay tape and has a handwritten label in ink, which based on my training and experience is common in parcels used by narcotic traffickers.  According to Accurint database records, the return address information listed on SUBJECT PARCEL 8 is not associated with the listed sender "Jamal Notman."  Based on an Accurint

database check, the listed recipient, "A. Dylan," is not associated with the listed recipient address on SUBJECT PARCEL 8.

i.   SUBJECT PARCEL 9 is wrapped in clear and white USPS tape and has a handwritten label in ink, which based on my training and experience is common in parcels used by narcotic traffickers.  According to Accurint database records, the return address information listed on SUBJECT PARCEL 9 is not associated with the listed sender "Tony Pacheco."  Based on an Accurint database check, the listed recipient, "E Romain," is not associated with the listed recipient address on SUBJECT PARCEL 9.

**D.   Positive Canine Alert on the SUBJECT PARCELS**

20.  On April 25, 2023, El Monte Police Department Officer Adam Girgle and his certified narcotics-detection canine, "Rico", conducted an exterior examination of each of the SUBJECT PARCELS 1 through 9.  The exterior examinations were conducted separately.  Officer Girgle informed me that Rico gave a positive alert to each of the SUBJECT PARCELS 1 through 9, indicating the presence of controlled substances or other items that emitted the odor of controlled substances, in the SUBJECT PARCELS.  Attached hereto as Exhibit 1, which I incorporate fully herein by reference, is a document setting forth information provided by Officer Girgle regarding Rico's training and history in detecting controlled substances, and examination of SUBJECT PARCELS 1 through 9.

//

## VI.  <u>CONCLUSION</u>

21.  Based on the above, I believe there is probable cause to believe that the items listed in Attachment B, which constitute evidence, fruits and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance) will be found in the SUBJECT PARCELS, as described in Attachment A.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __28__ day of
April 2023.

_____
HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

15

EXHIBIT 1

## AFFIDAVIT

I, Officer Adam Girgle, being duly sworn, declare and state as follows:

I have been a Police Officer with the El Monte Police Department since December of 2003. I have handled and/or assisted with hundreds of narcotics investigations. I have assisted Federal and State narcotics task forces with large scale narcotics investigations. I graduated from the Los Angeles County Sheriff's Department Academy in May of 2001. I attended the Adlerhorst Police Canine Handler course in August of 2016.

I also attended the Adlerhorst Canine Narcotics Detection course in November of 2017. During these courses, my police canine partner Rico and I received 240 hours of instruction in the detection of the odor of illegal narcotics. During these courses, I personally observed my police canine partner Rico alert to the presence of the odor of illegal narcotics. My police canine partner Rico was certified to alert to the presence of marijuana, methamphetamine, cocaine and heroin. My police canine partner and I receive yearly certification from the Los Angeles County Police Canine Association in apprehension and narcotics detection. My police canine partner and I last certified in September 2022.

I am familiar and knowledgeable in the behaviors my police canine partner Rico engages in when he detects the presence of the odor of illegal narcotics. I conduct continual training with my police canine partner Rico by hiding various narcotics in different locations such as buildings, vehicles, bags, parcels and in open areas. This training includes proofing canine Rico on odors such as plastic, boxes, latex, tape, metal, currency (circulated and uncirculated), parcel packaging material, glass pipes and food. I also proof canine Rico of my human odor. This training is on-going and continual.

On April 25, 2023, my police canine partner and I assisted with a narcotic parcel investigation. Canine Rico alerted to the presence of the odor of illegal narcotics emitting from the following parcels.

USPS Parcel: EI 042 186 527 US (Parcel 1)
Addressed To:  Nick Martinez
          19744 Beach Blvd. # 244
          Huntington Beach, CA 92648

EXHIBIT 1

1

USPS Parcel: EJ 865 788 986 US (Parcel 2)
Addressed To: Nick Martinez
             19744 Beach Blvd. # 224
             Huntington Beach, CA 92648

USPS Parcel: EI 163 804 599 US (Parcel 3)
Addressed To:  Victor Lundquist
             1519 Camino Reservado
             San Clemente, CA 92673-3650

USPS Parcel: EI 536 305 498 US (Parcel 4)
Addressed To: CU Receiving
             P.O. Box 6180
             Newport Beach, CA 92658

USPS Parcel: EI 277 760 771 US (Parcel 5)
Addressed To:  Eva M. Guerrero
             8434 Tweedy Ln. Apt. 105
             Downey, CA 90240

USPS Parcel: EI 667 207 811 US (Parcel 6)
Addressed To: Andrew Lam
             410 E. Hellman Ave. Unit E
             Monterey Park, CA 91755

USPS Parcel: EI 559 461 434 US (Parcel 7)
Addressed To: Ashley Cam
             2540 Plaza Del Amo
             Torrance, CA 90503

USPS Parcel: EI 667 206 609 US (Parcel 8)
Addressed To:  A. Dylan
             4470 W. Sunset Blvd. Suite 17 # 628
             Los Angeles, CA 90027

USPS Parcel: EI 485 915 555 US (Parcel 9)
Addressed To:  E. Romain
             3150 Wilshire Blvd. PH09
             Los Angeles, CA 90010

   I declare under penalty of perjury under the laws of the
United States of America that the foregoing is true and correct
and that this declaration is executed at City of Industry,
California, on April 25, 2023.

EXHIBIT 1
2